Casey v. Foster.

Beck, J. The doctrine laid down in the case of Donehoe v. Crane, 141 Ga. 224 (80 S. E. 712), and the cases cited in support thereof, is controlling in the present case.

Judgment affirmed. All the Justices concur.<br>July 13, 1916.

Action for damages. Before Judge Ellis. Fulton superior court. January 26, 1915.

Howell C. Erwin, for plaintiff.

Napier, Wright & Wood, for defendant.